1  Kirk D. Miller, WSBA #40025
   KIRK D. MILLER, P.S.
2  421 W. Riverside Ave., Ste. 660
   Spokane, WA  99201
3  (509) 413-1494 Telephone
   kmiller@millerlawspokane.com
4
5  Shayne Sutherland, WSBA #44593
   Brian G. Cameron, WSBA #44905
6  CAMERON SUTHERLAND, PLLC
   421 W. Riverside Ave., Ste. 660
7  Spokane, WA 99201
   (509) 315-4507 Telephone
8  ssutherland@cameronsutherland.com
   bcameron@cameronsutherland.com
9  *Attorneys for Plaintiff and Class*

10              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
11
   BRIANNA MORRIS, on behalf of        )
12 herself and all others similarly situated, ) Case No.: 2:19-CV-0128-TOR
                                       )
13           Plaintiff,                )
                                       )  **DECLARATION OF KIRK D.**
14    vs.                              )  **MILLER IN SUPPORT OF**
                                       )  **PLAINTIFF'S UNOPPOSED**
15 FPI MANAGEMENT, INC., a             )  **MOTION FOR FINAL APPROVAL**
   California corporation,             )  **OF CLASS SETTLEMENT**
16                                     )
             Defendant.                )  **Hearing Date: February 3, 2022**
17                                     )  **Time: 10:00 a.m.**
                                       )
18 _____ )

19

20

DECLARATION OF KIRK D. MILLER IN SUPPORT
OF PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS SETTLEMENT - 1

Kirk D. Miller, upon penalty of perjury under the laws of the United States, 28 U.S.C. § 1746, declares the following:

1. I am one of the attorneys representing Plaintiff in this matter.

2. This Declaration is based on my personal knowledge.

3. The parties, through counsel, engaged in mediation and settlement discussions over an extended period of time which ultimately resulted in the Settlement Agreement.

4. Class Counsel spent a considerable amount of time engaging in written discovery, document review, data analysis, negotiation, and analyzing legal issues related to the lawsuit's claims.

5. Class Counsel has a significant amount of experience in consumer individual and class actions, including consumer protection actions involving debt collection, and know from our own experience that any case involving a class of consumers can, and often does, lead to costly litigation that goes on for years.

6. Class Counsel has thoroughly analyzed the factual and legal issues involved in this case.

7. In addition to the monetary relief achieved for the Class Members and proposed *cy pres* recipients, Defendant also changed its tenant screening and holding fee processes to assure conformance with Washington law.

8. Out of the more than 35,829 Class Members who received notice, none of the Class Members objected to the Settlement or any terms therein. Further, only two (2) Class Members requested exclusion from the Settlement.

9. The 35,827 Settlement Class Members will receive payments in the amount of $30.67.

10. The proposed *cy pres* recipients are nonprofits Northwest Justice Project, Family Promise Spokane, and Consumer Education and Training Services (CENTS). Northwest Justice Project has a dedicated fair housing unit and accepts direct representation of low-income clients who are facing rental housing legal problems. Family Promise Spokane is a Washington-based non-profit, which houses homeless families, works to prevent homelessness, and provides services to families before, during, and after incidents that have or could lead to a housing crisis for the family. CENTS provides training and education to empower generally vulnerable consumers to prevent or overcome financial challenges.

11. Class Counsel have spoken with a number of Class Members, and they have expressed satisfaction, gratitude and appreciation for the result of this case.

12. To the best of my knowledge, no government entity has objected to this Settlement.

DECLARATION OF KIRK D. MILLER IN SUPPORT
OF PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS SETTLEMENT - 3

13. Class Counsel believes the Settlement is fair, reasonable, adequate, and in the best interest of the Settlement Class as a whole.

14. In preparing for final approval, it was discovered that the parties and the Class Administrator had inadvertently omitted from the class notices the expected recovery ($20.56) at the time of preliminary approval, should the maximum number of class members (53,000) remain parties to the Settlement Agreement. The omission was discovered on January 6, 2022, and the parties and the Class Administrator immediately worked together to update the Settlement Website to inform the 35,827 Class Members of the actual expected payout of $30.67 each. The Settlement Website was also updated on January 6, 2022, to inform Class Members that if they had any objection or request for exclusion based on the new payout information that they could contact the Class Administrator prior to February 3, 2022, at 10:00 a.m. to have those requests honored. To date, no additional exclusion requests or objections have been received. The Settlement Website had already included the expected payout information in Plaintiff's previous pleadings for Preliminary Approval, Motion and Supporting Documents for Attorney's Fees, and this Court's Preliminary Approval Order.

SIGNED at Spokane, WA, this 18th day of January, 2022.

_/s/ Kirk D. Miller_
KIRK D. MILLER, WSBA #40025
Attorney for Plaintiff and Class

DECLARATION OF KIRK D. MILLER IN SUPPORT
OF PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS SETTLEMENT - 4

## CM/ECF Certificate of Service

I hereby certify that on the 18th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of filing to the following:

| | |
|---|---|
| Jonathan Tebbs<br>Attorney for Defendant | jtebbs@cairncross.com |
| Binah B. Yeung<br>Attorney for Defendant | byeung@cairncross.com |
| Daniel L Baxter<br>Attorney for Defendant | dbaxter@wilkefleury.com<br>vgarner@wilkefleury.com |
| Kirk D. Miller<br>Attorney for Plaintiff | kmiller@millerlawspokane.com |
| Brian G. Cameron<br>Attorney for Plaintiff | bcameron@cameronsutherland.com |
| Shayne J. Sutherland<br>Attorney for Plaintiff | ssutherland@cameronsutherland.com |

.

s/ *Teri A. Brown*
Teri A. Brown, Paralegal

DECLARATION OF KIRK D. MILLER IN SUPPORT
OF PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS SETTLEMENT - 5