UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIANNA MORRIS, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>FPI MANAGEMENT, INC., a California corporation,<br><br>    Defendants. | Case No. 2:19-CV-0128-TOR |

## DECLARATION OF CLASS ADMINISTRATOR

I, RYAN ALDRIDGE, hereby declare as follows:

### I. INTRODUCTION

1. ***Personal Information.*** I am a Project Manager for Postlethwaite & Netterville, APAC ("P&N"). P&N was retained as the Settlement Administrator in this case, and, as the project manager, I am personally familiar with the facts set forth in this declaration. If called as a witness, I could and would competently testify to the matters stated herein.

2. ***The Capacity and Basis of this Declaration.*** I am over the age of 21. Except as otherwise noted, the matters set forth in this Declaration are based upon my personal knowledge, information received from the parties in this proceeding (the "Parties"), and information provided by my colleagues at P&N and our partners.

## II. BACKGROUND

3. ***Preliminary Approval.*** On October 13, 2021, the Court entered its order preliminarily approving the Settlement Agreement and the appointment of P&N as Settlement Administrator. After the Court's preliminary approval of the Settlement, P&N began to implement and coordinate the notice program.

4. ***The Purpose of this Declaration.*** I submit this Declaration to evidence P&N's compliance with the terms of the Preliminary Approval Order and detail P&N's execution of its role as the Settlement Administrator.

## III. CLASS ACTION FAIRNESS ACT NOTICE ("CAFA")

5. ***CAFA Notice.*** On October 11, 2021, pursuant to 28 U.S.C. §1715, P&N, on behalf of the Defendant, caused notice of this settlement and related materials to be sent to the Attorney General for the 53 states and provinces for which Settlement Class Members currently reside and the Attorney General of the United States. A copy of the CAFA Notice and status of delivery are attached as Exhibit 1

## IV. CLASS NOTICE PROGRAM EXECUTION

6. ***Notice Database.*** P&N maintains a notice database with 41,837 Class Member records. P&N received one data file with multiple tabs in Excel format from the Defendant containing a total of 80,134 records. P&N consolidated and de-duplicated the data file provided by Defendant based on tenant code. The process resulted in 41,837 unique Class Members records and 39,888 records with a mailing address.

7. ***Mail Notice.*** P&N coordinated and caused the Postcard Notice to be mailed via First-Class Mail to the address associated with the tenant code for each Class Member record. The Postcard

Notice included (a) the web address to the case website for access to additional information, (b) rights and options as a Class Member and the dates by which to act on those options, (c) the date and location of the Final Approval Hearing, (d) and the P.O. Box maintained for the purpose of receiving mail in connection with this Settlement. A true and correct copy of the Postcard Notice is attached hereto as Exhibit 2.

8. ***Mail Notice Delivery***. Prior to the mailing, all mailing addresses were checked against the National Change of Address (NCOA) database maintained by the United States Postal Service ("USPS"). In addition, the addresses were certified via the Coding Accuracy Support System (CASS) to ensure the quality of the zip code, and verified through Delivery Point Validation (DPV) to verify the accuracy of the addresses. P&N executed Postcard Notice mailings to 39,888 Class Member records, including supplemental mailings to Class Members whose initial Postcard Notices were not deliverable but for whom we were able to obtain an alternative mailing address through (1) forwarding addresses provided by the USPS, (2) via skip trace searches using the LexisNexis third party vendor database, or (3) requests received directly from Settlement Class Members.

9. ***Settlement Post Office Box***. P&N maintains the following Post Office Box (the "P.O. Box") for the Settlement Program:

Brianna Morris v. FPI Management, Inc.
c/o Postlethwaite & Netterville
PO Box 3637
Baton Rouge, LA 70821-3637

This P.O. Box serves as a location for the USPS to return undeliverable program mail to P&N and for Settlement Class Members to submit Exclusion Request Forms and other settlement related

correspondence. The P.O. Box address appears prominently in all Notices and in multiple locations on the Settlement Website. P&N monitors the P.O. Box daily and uses a dedicated mail intake team to process each item received.

10. ***Settlement Website.*** On October 26, 2021, P&N published the case website, www.ScreeningFeeSettlement.com. The Settlement Website address appeared prominently in all Notices. By accessing the website, recipients are able to easily access the following documents and information:

    a. The Long Form Notice (attached as Exhibit 3);

    b. The Class Action Complaint;

    c. The Settlement Agreement and Release;

    d. The Court's Preliminary Approval Order;

    e. Class Counsel's Motion for Attorney's Fees, Costs, and Service Awards (added on November 12, 2021, along with all other related motion papers);

    f. The Exclusion Request Form;

    g. Important Dates and Deadlines;

    h. Frequently Asked Questions (FAQs) and answers thereto; and

    i. Contact information for the Settlement Administrator.

11. ***Email Support***. P&N established an Email address, info@ScreeningFeeSettlement.com, to provide an additional option for Settlement Class Members to address specific questions and requests to the Settlement Administrator for support. The Settlement Email Inbox received a total of twenty-four (24) messages from twenty-four (24) separate Settlement Class Members, all of which were responded to by the Class Administrator. The Email address is posted to the Settlement Website.

## V. NOTICE PROGRAM REACH

12. ***Notice Reach Results.*** Through the Mail Notice procedures outlined above, P&N attempted to send direct notice to all 39,888 Class Member records with a mailing address. The Notice Program reached a total of 35,829 (85.6%) Class Member records.[1] Table 1 below provides an overview of dissemination results for the Notice Program.

| Table 1: Notice Program Dissemination Results | | |
|---|---|---|
| Description | Volume (#) | Percentage of Class Member Records (%) |
| Class Member Records | 41,837 | 100.00% |
| **Mail Notice** | | |
| Total Postcard Notices Mailed | 39,888 | 95.3% |
| Total Postcard Notices Returned as Undeliverable (-) | 6,343 | 15.2% |
| **Mail Notice Re-Mailed** | | |
| Total Postcards Re-mailed (+) | 3,331 | 8.0% |
| Total Undeliverable (Re-Mailed) Postcards (-) | 1,047 | 2.5% |
| **Total Reach** | | |
| Total Class Member Records that Received Direct Notice | 35,829 | 85.6% |

## VI. EXCLUSIONS AND OBJECTIONS

13. ***Exclusions (Opt Outs) Received.*** The deadline for Class Members to ask to be excluded from the Settlement was December 27, 2021. To date, P&N has received two (2) exclusion requests from Settlement Class Members which have been provided to the Parties for review. A listing and copies of the exclusion request submissions are attached as Exhibit 4.

14. ***Settlement Objections.*** The Preliminary Approval Order directed that objections be filed with the Court. P&N has not received any objections from Settlement Class Members.

---

[1] A Settlement Class Member is considered "reached" by direct Notice if a Postcard Notice mailed to the Settlement Class Member has not been returned by the USPS as undeliverable.

## VII. NOTICE AND ADMINSTRATION COSTS

15. ***Notice and Administration Costs.*** P&N has incurred $43,608.24 in fees and costs completing the notice plan and administering the Settlement, and anticipates incurring an additional $47,554.64 for a total anticipated $91,162.88 in administrative costs and fees.

## VIII. CERTIFICATION

I, Ryan Aldridge, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge. Executed on this 11th day of January, 2022.

*[signature]*

Ryan Aldridge