AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BRIANNA MORRIS, et al., )
*Plaintiff* )
v. )           Civil Action No.   2:19-CV-0128-TOR
)
)
FPI MANAGEMENT, INC., )
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Dismissed without prejudice to the rights of the parties to enforce the terms of the settlement agreement. The Court
retains jurisdiction over the claims against Defendant for purposes of resolving any disputes that may arise under the
settlement agreement. Dismissed with prejudice, binding each Class Member who did not opt out to the terms of the
Settlement Agreement and Release and reserving jurisdiction in this Court over the implementation of the Settlement
Agreement and Release, including enforcement and administration of that Agreement.

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     THOMAS O. RICE _____ on the Plaintiffs' Unopposed
Motion for Final Approval of Class Action Settlement (ECF No. 48) and Motion for Award of Attorneys'
Fees, Costs, and Service Award (ECF No. 45).

Date:  February 3, 2022 _____          *CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*

*(By) Deputy Clerk*

B. Fortenberry